FILED
CLERK, U.S. DISTRICT COURT

JAN 10 2017

CENTRAL DISTRICT OF CALIFORNIA
BY ____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. CR 03-1101-JFW |
|---|---|
| Plaintiff, | ORDER OF DETENTION |
| v. | [Fed. R. Crim. P. 31.1(a)(6); 18 U.S.C. § 3143(a)(1)] |
| DONALD GEORGE WOODFIELD, | |
| Defendant. | |

I.

On January 10, 2017, Defendant appeared before the Court for initial appearance on the petition and warrant for revocation of supervised release issued by this Court. Defendant was represented by Deputy Federal Public Defender Erin Darling.

The Court has reviewed the Pretrial Services Report and its recommendation of detention, and the allegations in the Violation Petition. The Government has requested that defendant be detained pending a supervised release revocation hearing based on risk of flight and danger to the community. Defendant has

requested that he be released upon the posting of a $100,000 unsecured bond by a relative.

II.

Pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a) following Defendant's arrest for alleged violation(s) of the terms of Defendant's ☐ probation / ☒ supervised release,

The Court finds that :

B.   ☒   Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will not endanger the safety of any other person or the community if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

☒   history of drug use in violation of conditions of supervised release

☒   allegations in the petition and current violation status

☒   repeated violations of conditions of supervised release and failures to comply.

The Court does not view the proposed surety or the amount sufficient to overcome Defendant's burden of establishing that he will not endanger the safety of any other person or the community if released pending the revocation hearing.

III.

IT IS THEREFORE ORDERED that the defendant be detained pending further proceedings.

Dated: January 10, 2017

                                                 /s/
                                    ALKA SAGAR
                    UNITED STATES MAGISTRATE JUDGE